IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-02747-CMA-MJW

THORNTON W. PRICE, III, as co-personal representative
of the Estate of Norma Adams Price, deceased,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to the Stipulation Of Dismissal With Prejudice (Doc. # 10), signed by the all parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own costs and fees. It is

FURTHER ORDERED that all pending dates are hereby VACATED.

DATED: February __19__, 2013

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge